UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

2003 OCT 14 P 2:50

BENJAMIN NASH : 
*Plaintiff* : PRISONER
: Case No. 3:03CV1051(CFD)(WIG)
v. :
:
ROBERT BERGER, et al. :
*Defendants* : OCTOBER 8, 2003

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD, please enter my appearance for the Defendants in their official capacity in the above captioned matter.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Emily V. Meléndez
Assistant Attorney General
Federal Bar No. ct 21411
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Emily.Melendez@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8th day of October, 2003, first class postage prepaid to:

Benjamin Nash
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT  06457

_____
Emily V. Melendez
Assistant Attorney General