UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 14 P 2: 50

| | |
|---|---|
| BENJAMIN NASH<br>*Plaintiff* | :<br>: PRISONER<br>: CASE NO. 3:03cv1051(CFD)(WIG) |
| v. | : |
| ROBERT BERGER, et al.<br>*Defendants* | :<br>: OCTOBER 8, 2003 |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to D.Conn.L.Civ.R. 7(b), the Defendants in the above captioned matter request a thirty (30) day extension of time, until November 18, 2003, to file an answer or motion addressed to the complaint. This is the first request for an extension of time.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Emily V. Melendez
Assistant Attorney General
Federal Bar No. ct 21411
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Emily.Melendez@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8th day of October, 2003, first class postage prepaid to:

Benjamin Nash
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT  06457

_____
Emily V. Melendez
Assistant Attorney General