UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 14 P 2:50

| | |
|---|---|
| BENJAMIN NASH<br>*Plaintiff* | :<br>: PRISONER<br>: CASE NO. 3:03cv1051(CFD)(WIG) |
| v. | : |
| ROBERT BERGER, et al.<br>*Defendants* | :<br>: OCTOBER 8, 2003 |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to D.Conn.L.Civ.R. 7(b), the Defendants in the above captioned matter request a thirty (30) day extension of time, until November 18, 2003, to file an answer or motion addressed to the complaint. This is the first request for an extension of time.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Emily V. Melendez
Assistant Attorney General
Federal Bar No. ct 21411
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Emily.Melendez@po.state.ct.us

MOTION GRANTED. IT IS SO ORDERED. 10/22/03
WILLIAM I. GARFINKEL, U.S.M.J.   DATE

FILED 2003 OCT 22 P 4:25