UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BENJAMIN NASH | : | |
| *Plaintiff* | : | PRISONER |
| | : | Case No. 3:03cv1051(CFD)(WIG) |
| v. | : | |
| | : | |
| ROBERT BERGER, et al. | : | |
| *Defendants* | : | NOVEMBER 18, 2003 |

## MOTION TO DISMISS

Robert Berger, John Ryan Ph.D., Janet Williams, M.D., Silvia Cancela and Susan Blair, all named defendants, respectfully move to dismiss this action pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. A memorandum of law in support of this motion is attached hereto.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Richard J. Lynch
Assistant Attorney General

BY: _____
Emily V. Melendez
Assistant Attorney General
Federal Bar No. ct 21411
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
Emily.Melendez@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to dismiss was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 18th day of November, 2003, first class postage prepaid to:

Benjamin Nash
Whiting Forensic Institute
70 O'Brien Drive
Middletown, CT  06457

Emily V. Melendez
Assistant Attorney General