UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -1 P 12: 24

| | | |
|---|---|---|
| BENJAMIN NASH, PRO SE | : | PRISONER |
| Plaintiff, | : | |
| V. | : | Civil Action No. 3: 03cv 1051 (CFD) (WIG) |
| ROBERT BERGER, et al., | : | |
| Defendants, | | November 24, 2003 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS

Pursuant to Local Rule Sec, 7(b), of Civil Procedure pro se, plaintiff Benjamin Nash, respectfully requests this Honorable Court to grant him an extension to respond to defendants Motion To Dismiss this action. On November 18, 2003, defendant Robert Berger, John Ryan, Janet Williams, Silvia Cancela and Susan Blair, served on the plaintiff a motion to dismiss pursuant to Rule 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure. The plaintiff needs additional time in order to produce information and to conduct research to file a Memorandum in Opposition or to file other responsive pleading in support of his complaint. Defendant's motion to dismiss the complaint is now pending court decision. The plaintiff has no access to a law library, he is confined to a maximum-security psychiatric facility by order of the defendants, plaintiff is an individual with psychiatric disabilities and he has neither legal education nor prior experience with litigation. Plaintiff, Benjamin Nash hereby respectfully

1

requests an extension of time of 30 days from the court's ruling on this motion for enlargement of time. This is the plaintiff's first motion to request for extension of time, plaintiff has not contacted the defendants' counsel regarding this motion requesting extension of time. In the present case pending before the Court exceptional circumstances exist that justifies and supports the plaintiff's complaint.

November 24, 2003

Respectfully submitted,

Benjamin Nash, Pro se,
Whiting Forensic Institute
P.O. Box 70 O'Brien Drive
Middletown, CT 06457 -0070

## CERTIFICATION

I hereby certify that a copy of the forgoing <u>Motion for Extension of Time,</u> was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 24th, day of November 2003 to:


Richard J. Lynch
Assistant Attorney General

Emily V. Melendez
Assistant Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT 06141 – 0120


*Benjamin Nash*
Benjamin Nash, Pro se,