UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BENJAMIN NASH                : | |
|                                              : | PRISONER |
| v.                                           : | Case No.  3:03CV1051(CFD)(WIG) |
|                                              : | |
| ROBERT BERGER, et al.      : | |

RULING AND ORDER

Plaintiff seeks an extension of time of thirty days from the date of the court's ruling on this motion to respond to the motion to dismiss filed by the defendants. Plaintiff's motion [**doc. #15**] is **GRANTED**.

**SO ORDERED** this the 16th day of January, 2004, at Bridgeport, Connecticut.

                                                          */S/ William I Garfinkel*

UNITED STATES MAGISTRATE JUDGE