UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY -4 P 3: 43

U.S. DISTRICT COURT
BRIDGEPORT, CONN

BENJAMIN NASH, PRO SE
        *Plaintiff*,

V.        Civil Action 3: 03cv 1051 (CFD)(WIG)

ROBERT BERGER
JOHN RAYAN        April 30, 2004
JANET WILLIAMES
SILVIA CANCELA
SUSAN BLAIR    *Defendants*,

PLAINTIFF'S MOTION TO DISMISS

The pro se, plaintiff Benjamin Nash moves this Honorable Court to dismiss the above-captioned action against defendant's Robert Berger, John Ryan, Janet Williams, Silvia Cancela and Susan Blair.

As discussed in the attached Declaration in support of this motion, dismissal is appropriate given the plaintiff's failure to provide a response to the defendant's MOTION TO DISMISS, dated 11/18/03. For the reasons stated above and also for the reasons stated in the accompanying Declaration the plaintiff respectfully requests that the Court dismisses this action without prejudice. The plaintiff is confined at Whiting Forensic Institute and he did not contact the defendants in regards to this motion.

Respectfully submitted,

Benjamin Nash
Whiting Forensic Institute
P.O. Box 70 O'Brien Drive
Middletown, CT 06457 -0070
Tel: (860) 346 – 9408

1

## **CERTIFICATION**

I hereby certify that a copy of the forgoing Motion, was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 30 day of April 2004 to:

Richard J. Lynch, A.A.G.

Henry A. Salton, A. A. G

Kerry A. Colson, A.A.G.
55 Elm Street, P. O. Box 120
Hartford, CT 06141 – 0120

                                                            Benjamin Nash