UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 SEP 14 A 8: 29

U.S. DISTRICT COURT
HARTFORD, CT.

BENJAMIN NASH

v.                              PRISONER
                                CASE NO. 3:03cv1051(CFD)(WIG)

ROBERT BERGER, et al.[1]

RULING AND ORDER

On November 11, 2003, defendants filed a motion to dismiss this action. The court issued a notice informing plaintiff of his obligation to respond to the motion and granted him an extension of time, until February 20, 2004, to file his response. Plaintiff did not timely file his response.

On May 4, 2004, plaintiff filed a motion asking the court to dismiss this case without prejudice. Plaintiff's motion [**doc. #17**] is **GRANTED**. In light of this dismissal, defendants' motion to dismiss [**doc. #13**] is **DENIED** without prejudice as moot.

**SO ORDERED** this _13th_ day of September 2004, at Hartford, Connecticut.

Christopher F. Droney
United States District Judge

---

[1]The named defendants are Robert Berger, John Ryan, Janet Williams, Silvia Cancela and Susan Blair.