UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BENJAMIN NASH

v.

ROBERT BERGER
JOHN RYAN
JANET WILLIAMS
SILVIA CANCELA
SUSAN BLAIR

PRISONER
Case No.   3:03v1051 (CFD)

## J U D G M E N T

This cause came on for consideration on motions to dismiss filed by defendants and plaintiff before the Honorable Christopher F. Droney, United States District Judge.

The court has considered the motions and all related papers.  On September 14, 2004, the court filed its Ruling and Order granting plaintiff's motion to dismiss this case without prejudice and denying defendants' motion as moot.

Therefore, it is **ORDERED** and **ADJUDGED** that the matter is dismissed without prejudice and the case is closed.

Dated at Bridgeport, Connecticut this 21st of September, 2004.

KEVIN F. ROWE, Clerk

By   /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____